■ STEVEN FRANKL, Appellant, v ADELINE FERRARIS, Respondent. [644 NYS2d 995]

Bracken, J. P., Thompson, Krausman and Goldstein, JJ., concur.